IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **J&J SPORTS PRODUCTIONS, INC.** | : | **CIVIL ACTION** |
| v. | : | **NO. 17-1942** |
| **DANIEL RAMSEY**, *et al* | : | |

## ORDER

**AND NOW**, this 27th day of September 2017, following our August 25, 2017 Order (ECF Doc. No. 25), Plaintiff's certificates of service upon the Defendants (ECF Doc. Nos. 26, 27, 28, 29), our scrutiny of Plaintiff's invoices (ECF Doc. No. 30-2), for reasons in the accompanying Memorandum and as confirmed in the accompanying Judgment entered today, it is **ORDERED**:

1. Plaintiff's Application for default judgment (ECF Doc. No. 17) is **GRANTED**;

2. Plaintiff's Motion for costs and attorneys' fees (ECF Doc. No. 30) is **GRANTED** and we award **$6,657.00** in reasonable attorneys' fees and **$2,017.11** in out of pocket expenses.

KEARNEY, J.